O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO ROSA,<br><br>               Petitioner,<br><br>            v.<br><br>CALVIN JOHNSON, Warden,<br><br>               Respondent. | Case No. CV 16-5342-JGB (KK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

Dated: August 30, 2016

                                           HONORABLE JESUS G. BERNAL
                                           United States District Judge

Presented by:

_____
KENLY KIYA KATO
United States Magistrate Judge